### Ira Jagger vs. Joseph Coon.

A judgment rendered by the late Supreme Court, when but two judges were present who had heard the argument of the case, is irregular, and will be vacated on motion, though a term has elapsed since its entry.

*Heard May 4th. Decided May 5th.*

*Mr. H. K. Clarke* moved the Court to vacate a judgment against plaintiff in error, entered at the October Term,

JAGGER *vs.* COON.

1857, of the late Supreme Court, and for an order directing a re-argument. The order for judgment recites that the cause was decided at the May Term, 1857, but judgment not then entered. In support of the motion, Mr. Clarke introduced certified copies from the journals of said Court, from which it appeared that two only of the judges who heard the argument were present when judgment was entered. He also read an affidavit of Hon. N. Bacon, one of the Justices of the late Court, that he (Judge Bacon) was deputed to prepare the opinion in the case; that he did prepare, and commence the delivery of an opinion at the May Term, but, on a suggestion by counsel of a mistake of fact, had suspended its reading until the record could be examined, and that, in fact, no decision was made at that term.

*Burt & Maynard*, for defendant in error, objected that, after the lapse of a term, the Court had no jurisdiction to vacate a judgment, or alter the journal. They cited 14 *Barb.* (*Ark.*) 203; 16 *Ala.* 26—52; 3 *Sme. & Marsh.* 153; 4 *McLean*, 254; 3 *Wheaton*, 591; 7 *Missouri*, 320; 3 *Scammon*, 170; 4 *Missouri*, 228.

THE COURT held, that, without reference to the facts shown by the affidavit of Judge Bacon, the motion should be granted. In a case like this, where less than a quorum of the Court has heard the argument, there is no authority to render judgment.

*Motion granted.*